IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:12CR054 |
| vs. | : | U. S. Magistrate Judge Sharon L. Ovington |
| JOSEPH GOLDSMITH, III, | : | |
| Defendant. | | |

**ENTRY PLACING DEFENDANT
ON PREJUDGMENT PROBATION**

Upon Motion of Defendant Goldsmith, and for good cause shown, Defendant Goldsmith is placed on probation for a period of one (1) year pursuant to 18 U.S.C. § 3607(a). The Court finds that Defendant Goldsmith has not been convicted of violating a federal or state law relating to controlled substances, nor has he been previously subject to disposition under this section.

The Court places Defendant Goldsmith on probation for a period of one (1) year under the Standard Conditions of Probation required in the United States District Court for the Southern District of Ohio, including Special Condition that Defendant Goldsmith: (1) participate in a substance abuse evaluation and complete any additional treatment as recommended by the probation officer during the period of supervision. The imposition of probation is entered without entering a judgment of conviction and the judgment in this matter will be held in abeyance pending Defendant Goldsmith's completion of the probationary period.

May 23, 2012

                                                s/Sharon L. Ovington
                                                Sharon L. Ovington
                                          United States Magistrate Judge