# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | Case No.3:12-cr-54 |
| -vs- | : | Magistrate Judge Sharon L. Ovington |
| JOSEPH GOLDSMITH, III, | : | |
| Defendant. | : | |

## ORDER REVOKING PREJUDGMENT PROBATION/ SENTENCING ENTRY

Defendant appeared before the Court on November 7, 2012 pursuant to a Summons issued commanding Defendant to appear in court and answer alleged violations as set forth in the Petition (Doc. #11) filed September 11, 2012.

Defendant appeared with counsel and after being advised of his constitutional rights, admitted violating the Conditions set forth in the terms of his prejudgment probation. Accordingly, the Court found that Defendant violated the terms and conditions of prejudgment probation and Defendant's prejudgment probation is ordered revoked.

Without objection by Defendant the Court proceeded to sentencing. Defendant is sentenced to a term of probation of One (1) year. Defendant is ordered to submit to random urinalysis testing. Defendant is ordered to participate in any substance abuse treatment program deemed necessary by his Probation Officer.

November 8, 2012                                             s/Sharon L. Ovington
                                                                          Sharon L. Ovington
                                                                          United States Magistrate Judge